# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

DENNIS SENA,
        **Plaintiff**

v.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
RICHARD SULLIVAN and
JOHN DOES 1-10,
        **Defendants.**

CIVIL ACTION NO.:
04-12019-EFH

* * * * * * * * * * * * * * * * * * * * * * * *

# ORDER OF RECUSAL

### September 22, 2004

**HARRINGTON, S.D.J.**

    I hereby recuse myself from participation in this case on the ground that my son, Edward P. Harrington, is an attorney for the Defendant Massachusetts Bay Transportation Authority.

    SO ORDERED.

                                    /s/ Edward F. Harrington
                                    **EDWARD F. HARRINGTON**
                                    **United States Senior District Judge**