AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

IN CLERKS OFFICE

District of **Massachusetts**

2005 JAN 18 P 3: 57

Dennis Sena

        V.

Massachusetts Bay Transportation Authority, and

Richard Sullivan, and

John Does 1-10

U.S. DISTRICT COURT
DISTRICT OF MASS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 12019 EFH

TO: (Name and address of Defendant)

    Richard Sullivan
    Mass. Bay Transportation Authority
    State Transportation Building
    10 Park Plaza
    Boston, MA  02116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Gary G. Pelletier, Esq.
    Denner O'Malley, LLP
    4 Longfellow Place, 35th Floor
    Boston, MA  02114

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

December 17, 2004

I hereby certify and return that on 12/16/2004 at 12:40PM I served a true and attested copy of the Summons and Complaint, and Jury Demand in this action in the following manner: To wit, by delivering in hand to E.Mckenna,Cashier & agent in charge at time of service, for Richard Sullivan, at State Transportation Blg, 10 Park Plaza, Boston, MA 02116. U.S. District Court Fee ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff    Daniel Murray                                Deputy Sheriff

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              *Signature of Server*

_____
*Address of Server*

04029428

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.