UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED IN OFFICE OF
ROBERT B. COLLINGS
U.S. MAGISTRATE JUDGE

JUN 0 6 2005

| | |
|---|---|
| DENNIS SENA, ) | UNITED STATES DISTRICT COURT |
| ) | BOSTON, MASSACHUSETTS |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-12019-~~EFH~~ *RBC* |
| ) | |
| MASSACHUSETTS BAY ) | |
| TRANSPORTATION AUTHORITY, ) | |
| RICHARD SULLIVAN and ) | |
| JOHN DOES 1-10, ) | |
| ) | |
| Defendants ) | |

*[Handwritten margin notes: "6/28/05 set 3:45 pm ~mjd" and "ALLOWED /s/ RBC JUN 13 2005"]*

## MOTION OF MBTA DEFENDANTS TO CONTINUE SCHEDULING CONFERENCE

Co-Defendants Massachusetts Bay Transportation Authority, Richard Sullivan, and John Does 1-10 (all defendants, collectively, the "MBTA Defendants") hereby move this Court to continue the scheduling conference of this matter, currently scheduled for Thursday, June 16, 2005.

As grounds therefore, the MBTA Defendants state as follows:

1. Trial Counsel for the MBTA Defendants has a scheduling conflict on the present date – a vacation – which had been in place prior to the notice of the current date for the conference.

2. Trial Counsel has conferred with counsel for the plaintiff who has agreed to assent to this motion.

3. All counsel are in agreement that the Scheduling Conference date may be continued to any date, at the convenience of the court, during the period June 27 – 30, 2005, or such other date following that the court may deem appropriate.

WHEREFORE, the MBTA Defendants respectfully request that the Court grant this brief continuance.

ASSENTED TO:

|  |  |
|---|---|
| DENNIS SENA<br>By his attorney, | MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, RICHARD SULLIVAN and JOHN DOES 1-10,<br>By their attorney, |
| /s/ Michael T. Lennon (JPF)<br>Michael T. Lennon, Esq.<br>Lennon Law Offices<br>15 Court Square, Suite 960<br>Boston, MA. 02108 | /s/ Jonathan P. Feltner<br>Jonathan P. Feltner<br>First Assistant General Counsel-Trials<br>MBTA Law Department<br>Ten Park Plaza<br>Boston, MA. 02116<br>(617) 222-3175<br>BBO #162560 |

Dated: 6/1/05

## CERTIFICATE OF SERVICE

    I certify that on June 1, 2005, I caused a copy of the MBTA Defendants' Assented to Motion for Continuance of the Scheduling Conference to be served by first class mail upon:

Michael T. Lennon, Esq.
Lennon Law Offices
15 Court Square, Suite 960
Boston, MA. 02108

_____
Jonathan P. Feltner