# United States District Court
# District of Massachusetts

DENNIS SENA,
    Plaintiff,

v.                              CIVIL ACTION NO. 04-12019-RBC

MASSACHUSETTS BAY TRANSPORTATION
    AUTHORITY,
RICHARD SULLIVAN,
JOHN DOES 1-10,
    Defendants.

## SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

(1)    Automatic disclosures must be COMPLETED *on or before the close of business on Tuesday, July 19, 2005*.

(2)    Initial set(s) of interrogatories and requests for production of documents must be served *on or before the close of business on Monday, August 15, 2005;* responses, answers and/or objections shall be served *within the time*

*provided by the Federal Rules.*

(3)　Any pleadings to add parties to this litigation shall be filed and served *on or before the close of business on Friday, October 14, 2005.*

(4)　All other non-expert discovery shall be filed and/or served *on or before the close of business on Tuesday, November 15, 2005* and *COMPLETED on or before the close of business on Wednesday, December 21, 2005.*

(5)　The plaintiff shall serve a full and complete expert report respecting damages *on or before the close of business on Tuesday, January 31, 2006.*

(6)　Any motion for a medical examination shall be filed and served *on or before the close of business on Wednesday, February 15, 2006.*

(7)　Counsel shall serve full and complete expert reports respecting liability *on or before the close of business on Friday, March 31, 2006.*

(8)　Expert depositions shall be COMPLETED *on or before the close of business on Wednesday, May 31, 2006.*

(9)　The Court shall schedule a further conference in *January, 2006*. At the conference, the Court shall hear counsel as to (a) the status of the discovery, (b) any changes in the parties' plans re: expert discovery, (c) whether the case should be referred for mediation, and (d) what, if any, dispositive

motions are contemplated.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

June 29, 2005.