AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _MASSACHUSETTS_

Dennis Sena,
    Plaintiff

v.

Massachusetts Bay
Transportation Authority, et al.,
    Defendants

**APPEARANCE**

Case Number: 04-12019-RBC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _the Plaintiff, Dennis Sena._

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/28/05 | /s/ Michael T. Lennon |
| Date | Signature |
| | Michael T. Lennon, Esq. 648186 |
| | Print Name / Bar Number |
| | 15 Court Square, Suite 960 |
| | Address |
| | Boston   MA   02118 |
| | City / State / Zip Code |
| | 617-263-0001   617-263-0071 |
| | Phone Number / Fax Number |
| | mtl@lennonlawoffices.com |
| | E-Mail |

UNITED STATES DISTRICT COURT
DIST. OF MASS.

FILED IN OPEN COURT

DATE 6/28/05

N. RUSSO
**Deputy Clerk**