UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS SENA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MASSACHUSETTS BAY )<br>TRANSPORTATION AUTHORITY, )<br>RICHARD SULLIVAN and )<br>JOHN DOES 1-10, )<br>)<br>Defendants ) | CIVIL ACTION NO. 04-12019-RBC |

## CERTIFICATION IN COMPLIANCE WITH LOCAL RULE 16.1(D)

I, Jonathan P. Feltner, Chief Trial Counsel, hereby depose and state as follows:

1. I am an attorney employed by the Massachusetts Bay Transportation Authority Legal Department ("MBTA"), and I represent the MBTA, Richard Sullivan, and John Does 1-10 (all defendants collectively referred to as the "MBTA Defendants" in this lawsuit);

2. In anticipation of the scheduling conference, I have conferred with Gerald Alch, First Deputy General Counsel, for the MBTA, who has ultimate control of this litigation concerning the MBTA Defendants, with a regard to establishing a budget for the cost of conducting the full course of the litigation as well as the courses of resolution such as Alternative Dispute Resolution.

6/28/05

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 27th DAY OF JUNE, 2005.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
RICHARD SULLIVAN and
JOHN DOES 1-10,
By their attorney,

_____
Jonathan P. Feltner
First Assistant General Counsel-Trials
MBTA Law Department
Ten Park Plaza
Boston, MA. 02116
(617) 222-3175
BBO #162560

_____
Gerald Alch
First Deputy General Counsel
MBTA Law Department
Ten Park Plaza
Boston, MA. 02116
(617) 222-4787
BBO #

Dated: June 27, 2005

### CERTIFICATE OF SERVICE

I hereby certify that on the above date, I served a copy of the foregoing, postage prepaid to all counsel of record:

Michael T. Lennon, Esq.
Lennon Law Offices
15 Court Square, Suite 960
Boston, MA. 02108

_____
Jonathan P. Feltner