**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| DENNIS SENA,<br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>RICHARD SULLIVAN,<br>and JOHN DOES 1-10,<br>    Defendants | C. A. NO. 04-12019-RBC |

<u>ASSENTED TO MOTION FOR CONTINUANCE</u>

Defendants, Massachusetts Bay Transportation Authority, Richard Sullivan and John Does 1-10 (the "MBTA Defendants") hereby move for a continuance of the Scheduling Conference previously scheduled for March 10, 2006. As grounds therefore, counsel for the MBTA Defendants is scheduled to be on vacation on that day.  Counsel for the MBTA Defendants and counsel for plaintiff Dennis Sena ("Sena") hereby submit the following dates for the court's consideration as dates for

a rescheduled Status Conference: Monday, May 22, 2006; March 29, 2006 and April 4, 2006. This motion has been assented to by counsel for Sena.

|  |  |
|---|---|
| ASSENTED TO:<br>DENNIS SENA,<br>By his attorney,<br><br>S/Michael T. Lennon<br>Michael T. Lennon, Esq.<br>Lennon Law Office<br>15 Court Square<br>Boston, MA.<br>(617) 861-9160 | Respectfully submitted,<br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, RICHARD SULLIVAN, and JOHN DOES 1-10<br>By their attorney,<br><br>s/Jonathan P. Feltner<br>Jonathan P. Feltner, BBO# 162560<br>First Assistant General Counsel<br>MBTA Law Department<br>Ten Park Plaza, 7th Floor<br>Boston, MA  02116<br>(617) 222-3175 |

Dated: March 3, 2006

## CERTIFICATE OF SERVICE

I certify that on March 3, 2006, I caused a copy of the MBTA Defendants Motion to Continue to be served by mail upon:

Michael T. Lennon, Esq.
Lennon Law Office
15 Court Square
Boston, MA.


S/Jonathan P. Feltner
Jonathan P. Feltner