# United States District Court
# District of Massachusetts

DENNIS SENA,
    Plaintiff,

    v.                        CIVIL ACTION NO. 2004-12019-RBC

MASSACHUSETTS BAY
    TRANSPORTATION AUTHORITY,
    ET AL.,
        Defendants.

## ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

COLLINGS, U.S.M.J.

    After consideration of the various alternative dispute resolution programs (ADR) available and at the request of counsel, I find this case appropriate for ADR and accordingly, refer this case to the Court's ADR Program for the following ADR:

### MEDIATION

    Upon notification of the time and place designated for the mediation proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation

which may be required for the particular ADR program.  If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

*COUNSEL REQUEST THAT THE MEDIATION SESSION BE SCHEDULED FOR A DATE AFTER MAY 1, 2006.*

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: March 29, 2006.

CASE CATEGORY

| | | | |
|---|---|---|---|
| Antitrust | ____ | Bankruptcy | ____ |
| Civil Rights | x | Contract | ____ |
| Copyright/Trademark/Patent | ____ | Environmental | ____ |
| ERISA | ____ | FELA | ____ |
| Labor Relations | ____ | Medical Malpractice | ____ |
| Personal Injury | ____ | Product Liability | ____ |
| Shareholder Dispute | ____ | Social Security | ____ |
| Other | ____ | | |