UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 JUL 27 P 2: 37
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| DENNIS SENA, )<br>)<br>      Plaintiff )<br>)<br>v. )<br>)<br>MASSACHUSETTS BAY )<br>TRANSPORTATION AUTHORITY, )<br>RICHARD SULLIVAN and )<br>JOHN DOES 1-10, )<br>)<br>      Defendants ) | CIVIL ACTION NO. 04-12019-RBC |

## STIPULATION OF DISMISSAL

Now come the parties to the above entitled action and, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that this action and all claims, crossclaims, counterclaims and third party claims, if any therein, may be dismissed with prejudice, all parties to bear their own costs.

Attorney for Plaintiff
DENNIS SENA

_[signature]_

Michael T. Lennon, Esq.
Lennon Law Office
15 Court Square
Boston, MA.
(617) 861-9160
BBO #

Dated: July 26, 2006

Attorney for Defendants
MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
RICHARD SULLIVAN and
JOHN DOES 1-10

_[signature]_

Jonathan P. Feltner, BBO# 162560
First Assistant General Counsel
MBTA Law Department
Ten Park Plaza, 7th Floor
Boston, MA 02116
(617) 222-3175
BBO #162560

AUG 17 2006

APPROVED
_[signature]_

2